UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                         Plaintiff,

    -against-

KELLIVAN BLOUNT,

                        Defendant.
-------------------------------------------------------------------- x

21-CR-531 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **September 7, 2021** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:     New York, New York
            September 2, 2021

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**