**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 20, 2021

By ECF
Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **11/2/21**

**Re:** **United States v. Kellivan Blount**
**21 Cr. 531 (ALC)**

Dear Judge Carter,

I write to respectfully request that the Court adjourn the motions schedule and the next status conference in this case for approximately 30 days. If this request is granted, we ask that defense motions be due November 24, the government's response be due December 20; and any defense reply be due January 7. We ask that the conference be scheduled for a date on or after January 14.

The parties are continuing to discuss a possible disposition of this matter, which would negate the need for further litigation. The requested adjournment will allow us to complete those discussions.

The Government, by Assistant United States Attorney Alexie Rothman, has no objection to this application. Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly-selected date.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Blount

The entire application is **GRANTED.** The 12/16/21 telephone status conference is adjourned to 1/19/22 at 2:30 p.m. The parties should contact the Court at 1-888-363-4749 on the date and time specified and once prompted, should dial access code 3768660. Time excluded from 12/16/21 to 1/19/22 in the interest of justice.
So Ordered.

*/s/ Andrew L. Carter*
11/2/21

1