

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 8, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/12/22

**BY ECF**

The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Kellivan Blount*
                S1 21 Cr. 531 (ALC)

Dear Judge Carter:

      The Government writes, jointly with defense counsel, to provide a status report in the above-captioned case. The parties have been discussing a pretrial disposition of this matter but those conversations remain ongoing. The parties respectfully request an additional 45 days to continue those conversations, at which point the parties can provide another status report to the Court. The parties further request that the motions schedule remain adjourned sine die while the parties continue to discuss a potential pretrial disposition. Finally, the Government requests, with the consent of defense counsel, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and the date of the parties' next status report.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    s/ Alexandra Rothman
         Alexandra Rothman
         Assistant United States Attorney
         (212) 637-2580

The entire application is **GRANTED**. Joint Status Report due 3/25/22.
Time excluded from 2/8/22 to 3/25/22 in the interest of justice.
So Ordered.

*[Signature: Andrew L. Carter Jr.]*
3/8/22