

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 12, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/14/22__

**BY ECF**

The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *United States v. Kellivan Blount*
S1 21 Cr. 531 (ALC)

Dear Judge Carter:

The Government writes, jointly with defense counsel, to respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between March 25, 2022 and May 3, 2022, the date on which the Court has tentatively scheduled a change of plea proceeding for the defendant.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  s/ Alexandra Rothman
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580

The application is **GRANTED.** A change of plea hearing is set for May 3, 2022 at 3:30 p.m. Time excluded from 3/25/22 to 5/3/22 in the interest of justice.
So Ordered.

*/s/ Andrew L. Carter*
4/14/22