Case 1:21-cr-00531-ALC Document 21 Filed 04/22/22 Page 1 of 1

**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2022

**BY ECF**

The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/22/22

    Re:   *United States v. Kellivan Blount*
           S1 21 Cr. 531 (ALC)

Dear Judge Carter:

    The Government writes, jointly with defense counsel, to respectfully request that the Court reschedule the change of plea hearing from May 3, 2022 until May 5, 2022, at 12:00 p.m., and further exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between May 3, 2022 and May 5, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ Alexandra Rothman
      Alexandra Rothman
      Assistant United States Attorney
      (212) 637-2580

The application is **GRANTED.** The change of plea hearing is adjourned to May 5, 2022 at 12 p.m. Time excluded from 5/3/22 to 5/5/22 in the interest of justice.
So Ordered.

*/s/ Andrew L. Carter*
4/22/22