MEMO ENDORSED

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 23, 2022

**BY ECF**

The Honorable Andrew L. Carter, Jr.
Southern District of New York
40 Foley Plaza
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-25-22

Re: **United States v. Kellivan Blount**
21 Cr 531 (ALC)

Dear Judge Carter:

I write with the consent of the Government to respectfully request the adjournment of Mr. Blount's sentencing, currently scheduled for October 13, 2022. Mr. Blount's counsel, Sylvie Levine, will be on trial for the foreseeable future and I will be taking over Mr. Blount's case for sentencing. This adjournment will give me time to properly prepare Mr. Blount's sentencing materials and complete a trial I have scheduled for mid-October. After conferring with the Government, the parties suggest one of the following dates for Mr. Blount's sentencing hearing: November 1 (except from 10-11), 2, 3, 16, 17 (in the afternoon), or 22. If none of these dates work for the Court, the parties will confer and offer additional times. I thank the Court for its consideration of this request.

*The application is granted. Sentencing adjourned to 11/22/22 at 2p.m. So Ordered.*

*Andrew L. Carter*
*8-25-22*

Respectfully submitted,

/s/ [signature]
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc: AUSA Alexandra Rothman, Esq.