```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-20-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                            **ORDER**
                                            21-CR-531 (ALC)

                -against-

Kellivan Blount,
-----------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

      The sentencing scheduled for November 22, 2022 at 2:00 p.m. is adjourned to **3:30 p.m.**

      **SO ORDERED.**

Dated: New York, New York
       October 19, 2022

                                                  _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**